UNITED STATES BANKRUPTCY COURT

FOR THE

EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In the Matter of:

JOHN KOTEY
        Debtor

Chapter 13

Case No.  10-18406-SSM

### ORDER CONFIRMING MODIFIED PLAN

The Modified Chapter 13 Plan filed by John Kotey on December 13, 2010, having been transmitted to all creditors; and it having been determined that the plan meets each of the requirements of 11 U.S.C. Section 1325(a);

**It is ORDERED that:**
   (1)    the Plan as filed or modified is CONFIRMED.
   (2)    Upon entry of this order, all property of the estate shall revest in the Debtor(s). Notwithstanding such revesting, the Debtor(s) shall not encumber, refinance, sell or otherwise convey real property without first obtaining an order of approval from this Court.
   (3)    All funds received by the Chapter 13 Trustee on or before the date of an order of conversion or dismissal shall be disbursed to creditors, unless such disbursement would be de minimis, in which case the funds may be disbursed to the Debtor(s) or paid into the Treasury registry fund account of the Court, at the discretion of the Trustee.  All funds received by the Chapter 13 Trustee after the date of the entry of the order of dismissal or conversion shall be refunded to the Debtor(s) at their address of record.

**It is further ORDERED that:**

On , and each month thereafter until further order of this Court, the Debtor shall pay to the Trustee, Thomas P. Gorman, P.O. Box 1553, Memphis, TN  38101-1553  the sum of $237.00 per month for 2 months and then $330.00 per month for the remaining 40 months of the Plan. Payments under said Plan to be completed within 42 months from the due date of the first payment in this case.

Dated: _____                      _____
                                             Stephen S. Mitchell
                                             United States Bankruptcy Judge

Confirmation Recommended.


_/s/ Thomas P. Gorman _____
Thomas P. Gorman
Chapter 13 Trustee
300 North Washington Street, Ste. 400
Alexandria, VA 22314
(703) 836-2226
VSB #26421


Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).


/s/ Thomas P. Gorman_____
Thomas P. Gorman, Chapter 13 Trustee

**PARTIES TO RECEIVE COPIES**

John Kotey
Chapter 13 Debtor
3782 Mary Evelyn Way
Alexandria, VA 22309


Tommy Andrews, Jr., Esq.
Attorney for Debtor
122 N. Alfred St.
Alexandria, VA 22314


Thomas P. Gorman
Chapter 13 Trustee
300 N. Washington Street, Ste. 400
Alexandria, VA  22314