**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | |
|---|---|
| In the Matter of:<br><br>JOHN KOTEY<br><br>Debtor | Chapter 13<br><br>Case No. 10-18406-BFK |

**MOTION TO DISMISS,**
**NOTICE OF MOTION TO DISMISS**
**AND**
**NOTICE OF SCHEDULED HEARING ON THIS MOTION**

Thomas P. Gorman, Chapter 13 Trustee, has filed this motion to dismiss your Chapter 13 case. The cause for this motion is as follows:

**Violation of 11 U.S.C. §1307(c)(6)** - Material default by Debtor as is reflected in the attached Trustee's Report of Receipts and Disbursements.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before five business days prior to the hearing date, you or your attorney must:

File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing. If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before five business days prior to the scheduled hearing. You must mail a copy to the persons listed below.

**Notice and Motion to Dismiss**
John Kotey, Case #10-18406-BFK

*Attend the hearing to be held on September 12, 2013 at 1:30 p.m. in Courtroom #3 on the 3rd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, VA 22314.* If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

> Thomas P. Gorman
> 300 North Washington Street, Ste. 400
> Alexandria, VA 22314

> Clerk of the Court
> United States Bankruptcy Court
> 200 South Washington Street
> Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: __August 8, 2013_____          __/s/ Thomas P. Gorman_____
                                      Thomas P. Gorman
                                      Chapter 13 Trustee
                                      300 N. Washington Street, #400
                                      Alexandria, VA 22314
                                      (703) 836-2226
                                      VSB 26421

## CERTIFICATE OF SERVICE

I hereby certify that I have this 8th day of August, 2013, served via ECF to authorized users or mailed a true copy of the foregoing Motion to Dismiss, Notice of Motion and Notice of Hearing to the following parties.

| | |
|---|---|
| John Kotey | Tommy Andrews, Jr., Esq. |
| Chapter 13 Debtor | Attorney for Debtor |
| 3782 Mary Evelyn Way | 122 N. Alfred St. |
| Alexandria, VA 22309 | Alexandria, VA 22314 |
| | ___/s/ Thomas P. Gorman_____ |
| | Thomas P. Gorman |

Thomas P. Gorman, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 08/08/2013

CASE NO: 10-18406-BFK
STATUS: ACTIVE

DEBTOR: XXX-XX-8733
KOTEY, JOHN
AKA:
3782 MARY EVELYN WAY
ALEXANDRIA, VA 22309

DATE FILED: 10/04/2010
CONFIRMED: 04/19/2011
LATEST 341: 11/16/2010
PERCENTAGE: 100.000
PLAN: 60 MONTHS
1st PAYMENT DUE: 11/2010
ON SCHEDULE: 11,423.94
ACTUAL PAYMENTS: 10,354.00
AMOUNT BEHIND: 1,069.94

ATTORNEY: TOMMY ANDREWS, JR., ESQ.
122 N. ALFRED ST.
ALEXANDRIA, VA 22314
Phone:703 838-9004 Fax: 703 838-9550

SCHEDULE: 400.00 MONTHLY
TOTAL PAID: 10,354.00

### LAST 12 TRANSACTIONS

| Date | Source | Amount |
|---|---|---|
| 07/16/13 | PC | 600.00 |
| 07/03/13 | PC | 400.00 |
| 06/04/13 | PC | 400.00 |
| 05/06/13 | PC | 400.00 |
| 04/02/13 | PC | 400.00 |
| 02/21/13 | PC | 400.00 |
| 12/11/12 | PC | 400.00 |
| 10/31/12 | PC | 400.00 |
| 08/28/12 | PC | 400.00 |
| 07/26/12 | PC | 400.00 |
| 06/22/12 | PC | 400.00 |
| 05/14/12 | PC | 330.00 |
| 04/12/12 | PC | 330.00 |
| 03/05/12 | PC | 330.00 |

### DIRECT PAY

| CLAIM | CRED NO | CREDITOR NAME | DISB CODE | CLASS | ARREARS | FIXED PAYMENT | SCHED AMOUNT | PAID BY TRUSTEE | BALANCE DUE | CLAIM STATUS |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 318983 | BMW BANK OF NORTH AMERICA | PRO | SEC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | DIRECT |
| 004 | 325331 | SANTANDER CONSUMER USA INC | PRO | SEC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | DIRECT |
| 005 | 327064 | VERNON HGHTS HOA | PRO | SEC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | DIRECT |

### PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE / LAST DISB | CLASS PAY% | INT. BEGIN INT. RATE | FIX PAY ARREARS | ORG. CLAIM SCHED AMT | APPROVED TO BE PAID | PRIN. PAID INT. PAID | PRIN. DUE INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 002 | 324032 | NATIONSTAR MORTGAGE ZEROED OUT PER LOAN MODIFICATION | FIX-I 09/2012 | SEC 100.00 | | 250.00 0.00 | 8,462.92 8,530.91 | 5,209.64 5,209.64 | 5,209.64 0.00 | Closed |
| 002A | 324032 | NATIONSTAR MORTGAGE ZEROED OUT PER LOAN MODIFICATION | FIX-I 09/2012 | SEC 100.00 | | 280.00 0.00 | 11,680.12 0.00 | 398.61 398.61 | 398.61 0.00 | Closed |
| 003 | 330770 | CITIMORTGAGE, INC. CLAIM DISALLOWED PER COURT ORD 7 | PRO-I | UNS 100.00 | | 0.00 0.00 | 138,009.53 0.00 | 0.00 0.00 | 0.00 0.00 | Closed |
| 006 | 322073 | HSBC BANK NEVADA, N.A. UNLISTED/ NO OBJ TO NOI/ALLOW | PRO 12/2012 | UNS 100.00 | | 0.00 0.00 | 394.20 0.00 | 394.20 394.20 | 394.20 0.00 | 0.00 0.00 |
| 799 | ANDREW | TOMMY ANDREWS, JR., ESQ. | PRO 07/2013 | ATY 100.00 | | 0.00 0.00 | 10,796.89 3,000.00 | 10,796.89 10,796.89 | 3,869.40 0.00 | 4,927.49 0.00 |
| | | Trustee Administrative Fees | | | | | | 472.15 | 472.15 | |
| | | TOTALS: | | | | 530.00 0.00 | 11,191.09 3,000.00 | 11,663.24 11,663.24 | 10,344.00 0.00 | 4,927.49 0.00 |

| | ADMIN | ATTORNEY | PRIORITY | SECURED | UNSECURED | OTHER | | |
|---|---|---|---|---|---|---|---|---|
| SCHED AMOUNT: | 0.00 | 3,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| CLAIM AMOUNT: | 0.00 | 10,796.89 | 0.00 | 0.00 | 394.20 | 0.00 | | |
| PAID BY TRUSTEE: | 0.00 | 3,869.40 | 0.00 | 0.00 | 394.20 | 0.00 | | |
| PAID BY 3rd PARTY: | 0.00 | 2,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| SUB TOTAL: | 0.00 | 4,927.49 | 0.00 | 0.00 | 0.00 | 0.00 | DUE CREDITORS: | 4,927.49 |
| INTEREST DUE: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | EXPECTED ADMIN: | 131.53 |
| CONTINUING: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | LESS AVAILABLE: | 10.00 |
| BALANCE DUE: | 0.00 | 4,927.49 | 0.00 | 0.00 | 0.00 | 0.00 | APPROX BALANCE: | 5,049.02 |

\*\* Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court by the date of the scheduled Chapter 13 Review Meeting.
Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved.  NO disbursements are being made to the creditor.
This is a progress report only and should not be used to calculate a payoff.                                                                                                          RptDvr 10

Thomas P. Gorman, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 08/08/2013

CASE NO: 10-18406-BFK
STATUS: ACTIVE

DEBTOR: XXX-XX-8733
KOTEY, JOHN                                                              SCHEDULE:    400.00 MONTHLY

** Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court by the date of the scheduled Chapter 13 Review Meeting.
Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved.  NO disbursements are being made to the creditor.
This is a progress report only and should not be used to calculate a payoff.                                                           RptDvr 10